UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IGNACIO PERESSON** | * | **CIVIL ACTION NO.** |
| | * | |
| **- VERSUS -** | * | **JUDGE** |
| | * | |
| **BISSO MARINE, LLC** | * | **MAGISTRATE** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## COMPLAINT

**NOW INTO COURT**, through undersigned counsel comes Complainant, **IGNACIO PERESSON**, who files his Complaint against **BISSO MARINE, LLC f/k/a BISSO MARINE CO., INC.** for personal injury damages and appropriate ancillary relief and, in support thereof would show unto the Court the following:

### JURISDICTION

**I.**

Jurisdiction of this Honorable Court is based on the Jones Act, (46 U.S.C. § 30104, *et. seq.*), and under the General Maritime Law for general maritime negligence and unseaworthiness and for maintenance and cure.

### PARTIES

**II.**

Parties named herein are as follows:

A.  Named Complainant herein is:

   1.  **IGNACIO PERESSON**, a resident of the full age of majority of the State of Louisiana;

B.  Named Respondent herein is:

1.  **BISSO MARINE, LLC,** a limited liability company authorized to do and doing business in the State of Louisiana.

## FACTS

### III.

At all relevant times herein, Complainant, **IGNACIO PERESSON**, was employed by Respondent, **BISSO MARINE, LLC,** as a seaman, commercial diver tender and member of the crew of the **DIVER SUPPORT VESSEL JOSEPH BISSO, DERRICK BARGE BOAZ** and **LAY BARGE MIGHTY CHIEF** (hereinafter **DSV JOSEPH BISSO, D/B BOAZ** and **L/B MIGHTY CHIEF**), vessels manned, provisioned and controlled by Respondent, **BISSO MARINE, LLC,** as the vessels were conducting commercial diving operations in the Gulf of Mexico.

### IV.

In late October or early November of 2012 Complainant, **IGNACIO PERESSON**, in connection with his assignment aboard the **DSV JOSEPH BISSO** was required to move excessively heavy pipe flanges without mechanical assistance or proper man power. As a result Complainant sustained traumatic back injury.

### V.

Following inadequate medical care Complainant, **IGNACIO PERESSON**, was improperly returned to heavy manual labor.

VI.

In late April 2013 Complainant, **IGNACIO PERESSON**, in connection with his assignment aboard the **L/B MIGHTY CHIEF** while attempting to free a fouled diver without proper assistance or equipment further injured and/or aggravated his back condition.

VII.

Again following inadequate medical care Complainant, **IGNACIO PERESSON**, was improperly released to heavy manual labor.

VIII.

In June of 2013 Complainant, **IGNACIO PERESSON**, sought medical care at Ochsner Medical Center where he was diagnosed with annular tear at L4-5 and bulges at L4-5 and L5-S1. Despite proper request Defendant has refused maintenance and cure benefits.

IX.

As a result of injuries sustained by **IGNACIO PERESSON** suffered orthopedic and nervous system damage as well as psychological damages, severe emotional trauma, loss of future life pleasures, and permanent impairment.

X.

At all times pertinent here the diving operations conducted aboard the **DSV JOSEPH BISSO, D/B BOAZ** and **L/B MIGHTY CHIEF** were under the direct control of **BISSO MARINE, LLC.**

## CAUSES OF ACTION

## JONES ACT

### XI.

Complainant's damages were the proximate and direct result of the negligent acts of the Respondent, **BISSO MARINE, LLC,** in its operation and maintenance of the task at hand and in the operation of the vessels involved in the project, Complainant's working conditions and in the supervision of and planning and direction of the work of the vessels' crews; additionally and more specifically, **BISSO MARINE, LLC** was negligent in failing to:

1. Properly equip, man, provision, maintain and operate the vessels under its control and appurtenances and equipment;

2. Properly and reasonably select and implement an overall plan to complete the tasks at hand in a safe and non-hazardous manner;

3. Provide Complainant with a safe and non-hazardous workplace;

4. Provide skilled masters and crews for the **DSV JOSEPH BISSO, D/B BOAZ** and **L/B MIGHTY CHIEF**;

5. Provide training and instruction to Complainant's fellow crewmembers; and

6. Provide Complainant with appropriate medical care and treatment following the manifestation of his illness.

### XII.

As a direct result of the negligence aforementioned in Paragraph XI, Complainant, **IGNACIO PERESSON** has, in addition to the aforementioned damages, sustained a disability, incurred and will continue to incur in the future, loss of wages, found, fringe benefits, earning

capacity and has incurred and will incur in the future, medical expenses and other financial losses, for which he is entitled to recover from **BISSO MARINE, LLC.**

## GENERAL MARITIME LAW
## UNSEAWORTHINESS and NEGLIGENCE

### XIII.

At all times pertinent hereto, Respondent, **BISSO MARINE, LLC**, owned, controlled, operated, provisioned and manned the **DSV JOSEPH BISSO, D/B BOAZ and L/B MIGHTY CHIEF** upon which **IGNACIO PERESSON** was assigned.

### XIV.

Under the General Maritime Law, it was the duty of Respondent, **BISSO MARINE, LLC.**, to furnish Complainant, **IGNACIO PERESSON**, with a safe place in which to work and with safe gear, appurtenances, equipment, a properly manned vessels and to conduct operations aboard the vessels in a safe and proper manner; in connection with Complainant's injuries and disability, **BISSO MARINE, LLC**, was negligent in the operation, manning and provisioning of the **DSV JOSEPH BISSO, D/B BOAZ and L/B MIGHTY CHIEF** and its operations.

### XV.

Complainant avers that through the actions and/or inactions of **BISSO MARINE, LLC**, that the **DSV JOSEPH BISSO, D/B BOAZ and L/B MIGHTY CHIEF** on which Complainant was assigned was rendered unseaworthy.

### XVI.

The injuries, disabilities and damages sustained by Complainant in the aforementioned Paragraphs of this Complaint were caused by the unseaworthy condition of the **DSV JOSEPH BISSO, D/B BOAZ and L/B MIGHTY CHIEF** which Complainant was assigned during his

employment for **BISSO MARINE, LLC** and by the negligence of **BISSO MARINE, LLC** in the manning, provision, control, equipping and operation of said vessels and operations.

## MAINTENANCE AND CURE

### XVII.

As an employee and seaman of **BISSO MARINE, LLC**, Complainant, **IGNACIO PERESSON**, is entitled under the General Maritime Law to the payment of maintenance and cure until his reaching of maximum medical cure. As of the drafting of this Complaint, **BISSO MARINE, LLC** has failed to pay sufficient maintenance and cure, for which now **IGNACIO PERESSON** makes judicial demand.

## DAMAGES

### XVIII.

The injuries sustained by Complainant have resulted in the loss of earning capacity, physical pain and mental anguish and other damages, both past and future, all of which will be shown at the trial of this matter.

## JURY TRIAL

### XIX.

Complainant, **IGNACIO PERESSON**, desires and is entitled to a trial by jury on this issues sued upon herein.

**WHEREFORE,**

1. Complainant, **IGNACIO PERESSON** prays for judgment against Respondent, **BISSO MARINE, LLC** in an amount as may be proper in the premises, and for all costs and disbursements in this action, and for all general and equitable relief;

2. Complainant, **IGNACIO PERESSON**, also prays for judgment against **BISSO MARINE, LLC** to provide appropriate medical care and rehabilitation due Complainant and for all maintenance and cure benefits due Complainant under the law;

3. Complainant, **IGNACIO PERESSON**, further prays for a trial by jury.

Respectfully submitted,

**DELISE & HALL**

  s/Bobby J. Delise
**BOBBY J. DELISE (#4847)**
7924 Maple Street
New Orleans, LA 70118
Telephone: (504)836-8000
Telecopier: (504)836-8020
bdelise@dahlaw.com

- AND -

**ALTON J. HALL, JR. (#20846)**
516 W. 21st Avenue
Covington, LA 70433
Telephone: (985) 249-5915
Telecopier: (985) 809-5787
ahall@dahlaw.com

**Counsel for Complainant,
IGNACIO PERESSON**

**WAIVE SERVICE AT THIS TIME FOR:**

**BISSO MARINE, LLC**